**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

THOMAS M. KLASSY,                              No. CIV S-07-0605-GEB-CMK

    Plaintiff,

  vs.                                                             ORDER

UNITED STATES POSTAL
SERVICE, et al.,

    Defendants.

_____/

        Plaintiff, who is proceeding pro se, brings this civil action for damages.[1] At the time the case was opened in this court, an initial scheduling conference was set for August 21, 2007. On April 20, 2007, defendants filed a motion for judgment on the pleadings, which was noticed for hearing before the undersigned on June 19, 2007. Defendants have now re-noticed hearing on their motion to coincide with the August 21, 2007, scheduling conference. It does not appear that defendants' counsel contacted the court prior to re-noticing the hearing date. Because defendants' motion may be dispositive of the entire action, thereby obviating the need

---

[1] The case was originally filed in state court and removed to this court by defendants.

for a scheduling conference and for the parties to submit scheduling conference statements, the court will vacate the scheduling conference pending resolution of defendants' motion for judgment on the pleadings. If that motion is not dispositive, a new scheduling conference date will be set.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     The scheduling conference set for August 21, 2007, is vacated; and

        2.     The parties are relieved of the obligation of filing scheduling conference statements pending further order of the court.

DATED: May 23, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE