1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11     THOMAS M. KLASSY,                     No. CIV S-07-0605-GEB-CMK

12              Plaintiff,

13          vs.                              ORDER

14     UNITED STATES POSTAL
       SERVICE, et al.,
15
                Defendants.
16
       _____/
17

18          Plaintiff, who is proceeding pro se, brings this civil action for damages.[1]   On

19     April 20, 2007, defendants filed a motion for judgment on the pleadings arguing lack of subject

20     matter jurisdiction.  Defendants noticed their motion for hearing on August 21, 2007.  To date,

21     plaintiff has not filed any opposition.  The court finds that the matter is appropriate for

22     submission on the papers currently on file without oral argument.  See Local Rule 78-230(h).

23     / / /

24     / / /

25

26          [1]    The case was originally filed in state court and removed to this court by
       defendants.

1

1   Accordingly, the August 21, 2007, hearing is vacated.

2            IT IS SO ORDERED.

3   DATED:   June 14, 2007.

4

5   _____
    **CRAIG M. KELLISON**
6   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              2