IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS M. KLASSY, | 2:07-cv-0605-GEB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action for damages.[1]  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On August 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within 20 days.  No objections to the findings and recommendations have been filed.

---

[1] The case was originally filed in state court and removed to this court by defendants.

1

1    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2007, are adopted in full;

2. Defendants' unopposed motion to dismiss for lack of subject matter jurisdiction is granted;

3. This action is dismissed, with prejudice, for failure to exhaust required administrative remedies; and

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  November 29, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge